**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Rose Della Croce

                          Plaintiff,

v.                                      Case No.: 1:26–cv–02997
                                      Honorable Manish S. Shah

LTF Club Operations Company, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 22, 2026:

      MINUTE entry before the Honorable Manish S. Shah: The parties shall exchange initial disclosures by 5/5/26. Any requests to amend the pleadings must be made by 9/17/26. All fact discovery (including medical treaters) must be noticed in time to be completed by 10/16/26. The court will set expert discovery and dispositive motion deadlines when the parties get closer to completing fact discovery. An agreed proposed confidentiality order may be submitted to proposed_order_shah@ilnd.uscourts.gov. The parties may email susan_mcclintic@ilnd.uscourts.gov for a settlement referral. A joint status report on discovery progress is due 9/17/26. The court notes that the notice of removal relies on plaintiff's residence, on information and belief, for its assertion of citizenship. Citizenship of individuals is based on domicile, not residence. An allegation of "residence" is therefore deficient. Heinen v. Northrop Grumman Corp., 671 F.3d 669, 670 (7th Cir. 2012). Allegations of citizenship based on information and belief are also insufficient. See Qin v. Deslongchamps, 31 F.4th 576, 578–79 (7th Cir. 2022). The parties must promptly confirm plaintiff's state of domicile as of the date of removal or the case may be remanded for defendant's failure to properly allege jurisdiction in the notice of removal. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.