MMC:mw    26-10

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

ROSE DELLA CROCE,

      Plaintiff,

v.

LFT CLUB OPERATIONS COMPANY INC., d/b/a LIFE TIME FITNESS, a foreign corporation,

      Defendant.

Case No. 1:26-cv-02997

District Judge Manish S. Shah
Magistrate Judge Maria Valdez

## PLAINTIFF'S ANSWER TO DEFENDANTS COUNTERCLAIM

NOW COMES, the Plaintiff ROSE DELLA CROCE, by and through her attorneys, NAPLETON & PARTNERS, and for her Answer to Defendant's Counterclaim, states as follows:

## COUNTERCLAIM FOR BREACH OF CONTRACT

1.　　On January 25, 2022, Plaintiff entered into a Member Usage Agreement (the MUA") with LTF Club Operations Company, Inc. **Exhibit 1.**

**ANSWER:　Plaintiff admits she signed a MUA with LFT Club Operations Company, but denies it is applicable to this claim and denies any breach thereof.**

2.　　The MUA provides, in part, as follows:

**PLEASE READ THIS AGREEMENT CAREFULLY AS IT AFFECTS YOUR LEGAL RIGHTS. THIS AGREEMENT CONTAINS AN ASSUMPTION OF RISK, WAIVER OF LIABILITY, AND A BINDING ARBITRATION AGREEMENT WITH A CLASS ACTION WAIVER.**

1.　　**MEMBERSHIP WITH LIFE TIME.** I wish to become a member of Life Time Fitness, which is operated by LTF Club Operations Company, Inc. in the United States and it's subsidiary - or LTF Club Operations Company Canada Inc. in Canada. These companies and Life Time, Inc., their direct and indirect subsidiaries and affiliates, and all of their employees, contractors, officers, directors, agents, representatives, sponsors, volunteers and any other entity or person acting for them, and all of their successors and assigns are collectively referred to and covered by

this Member Usage Agreement ("MUA") as "Life Time." In consideration of the benefits of Life Time membership, including but not limited to the Use of Life Time Premises and Services by me…I hereby agree to all of the terms and conditions in this MUA with Life Time, including without limitation the **ASSUMPTION OF RISK, WAIVER OF LIABILITY, and ARBITRATION AGREEMENT WITH CLASS ACTION WAIVER** below.

\*\*\*\*\*

2. **ASSUMPTION OF RISK**. I understand that there are **dangers, hazards, and risks of injury or damage, some of which are inherent, in the use of Life Time's premises, facilities, equipment, services, activities or products**, whether available through membership dues or a separate fee.

    a. **Use of Premises and Services**. I understand that **use of Life Time's premises, facilities, equipment, services, activities or products** "Use of Life Time Premises and Services") can include but is not limited to (1) use of indoor…locker rooms, restrooms…

    b. **Risks.** I understand that the **dangers, hazards, and risks** of injury or damage in the Use of Life Time Premises and Services ("Risks") may include but are not limited to **(1) slips, trips, collisions, falls, and loss of footing or balance**, …and (5) other accidents or incidents that may result in injury or damage to me, Minor Member(s), Other Member(s), or Guest(s).

    \*\*\*\*\*

    c. **Injuries.** I understand that such **injuries or damages** may include but are not limited to **major or minor personal, physical, bodily, emotional, mental, economic, property or other types of injuries or damages** ("Injuries") to me…including but not limited to (1)…torn or damaged muscles or ligaments, broken bones…sprains, bruises and scrapes; (3) aggravation of pre-existing injuries or medical conditions; (4) pain and suffering…(6) emotional distress, embarrassment, humiliation, or shock; (7) lost wages or lost earning capacity…and (9) any other disability, impairment, incapacity, injury or damage.

I understand that Risks and Injuries in the Use of Life Time Premises and Services (collectively, "Risks of Injury") **may be caused, in whole or in part, by the NEGLIGENCE OF LIFE TIME**, me, Minor Member(s), Other Member(s), Guest(s) and/or other persons. **I FULLY UNDERSTAND, AND VOLUNTARILY AND WILLINGLY ASSUME, THE RISKS OF INJURY.**

3. **WAIVER OF LIABILITY**. On behalf of myself …personal representatives, heirs and assigns, I hereby voluntarily and forever **release and discharge Life Time from**, covenant and **agree not to sue Life Time for**, and **waive, any claims**,

2

demands, actions, causes of action, debts, damages, losses, costs, fees, expenses or any other alleged liabilities or obligations of any kind or nature, whether known or unknown (collectively, "Claims") **for any Injuries to me**…in the Use of Life Time Premises and Services **which arise out of, result from, or are caused by any NEGLIGENCE OF LIFE TIME**, me, any Minor Member(s), any Other Member(s), any Guest(s), and/or any other person…**(collectively, "Negligence Claims").**

    a.    **Negligence Claims**. I understand that Negligence Claims include but are not limited to Life Time's (1) negligent design, construction (including renovation or alteration), repair, maintenance, operation, supervision, monitoring, or provision of Life Time Premises and Services; (2) negligent failure to warn of or remove a hazardous, unsafe, dangerous or defective condition; (3) negligent failure to provide or keep premises in a reasonably safe condition; (4) negligent provision of or failure to provide emergency care; (5) negligent hiring, selection, training, instruction, certification, supervision or retention of employees, independent contractors or volunteers…or (7) other negligent act(s) or omission(s).

    b.    **Life Time's Fees and Costs.** I specifically agree that, if I…assert a Negligence Claim against Life Time and/or breach my agreement not to sue Life Time, **I will pay all reasonable fees (including attorneys' fees), costs and expenses incurred by Life Time ("Life Time's Fees and Costs") to defend (1) the Negligence Claim(s)** and (2) all other Claims based on the same facts as the Negligence Claims(s).

**Exhibit 1.** at §§1-3, *emphasis in original*.

**ANSWER:** **Plaintiff denies the MUA is applicable to this claim and denies any breach thereof.**

3. At the end of the Member Usage Agreement, immediately above the area where Plaintiff signed it, the agreement states:

**I HAVE READ, UNDERSTOOD, RECEIVED A COPY OF, AND AGREE TO ALL TERMS AND CONDITIONS OF THIS MUA, INCLUDING SPECIFICALLY THE ASSUMPTION OF RISK, WAIVER OF LIABILITY, AND BINDING ARBITRATION AGREEMENT WITH A CLASS ACTION WAIVER UNDER WHICH I AM RELINQUISHING LEGAL RIGHTS.**

*Id.* at p. 5, ***emphasis in original***.

3

**ANSWER:** **Plaintiff denies the MUA is applicable to this claim and denies any breach thereof.**

4.     The MUA was in force and effect at the time of Plaintiff's alleged injury.

**ANSWER:** **The Plaintiff denies the allegations of Paragraph 4.**

5.     In breach of her agreement not to sue Defendant, Plaintiff brought the captioned lawsuit alleging, in part, negligence that falls within the definition of "Negligence Claims" as defined by the MUA.

**ANSWER:** **The Plaintiff denies the allegations of Paragraph 5.**

6.     Defendant has and will continue to incur fees, costs and expenses as defined by the MUA to defend Plaintiff's claims.

**ANSWER:** **Plaintiff lacks sufficient knowledge or information to admit or deny the fees and costs Defendant claims to have incurred or will incur in the future, but denies the remainer of the allegations in Paragraph 6.**

7.     Pursuant to the terms of the MUA, Defendant is entitled to fees, costs and expenses as defined by the MUA.

**ANSWER:** **The Plaintiff denies the allegations of paragraph 7.**

WHEREFORE, the Plaintiff ROSE DELLA CROCE, prays this Court enter judgment against Defendant, LFT CLUB OPERATIONS COMPANY, INC., d/b/a LIFETIME FITNESS a corporation.

**SIGNATURE ON SEPARATE PAGE**

Respectfully submitted,

_____
MICHAEL M. CUSHING
**NAPLETON & PARTNERS**
140 S. Dearborn, Ste. 1500
Chicago, IL 60603
(312) 726-2699
ARDC No. 6281237
mcushing@rjnlawoffice.com
mgamber@rjnlawoffice.com

*Attorney for Plaintiff Rose Della Croce*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date April 29, 2026, the foregoing was filed electrinically using the court's CM/ECF system, which will send a notice of electronic filing to all counsel of record an that the eclectronic copy has been emailed to:

**Attorneys for Defendants**
Michael Hahn
Megan Sippl
Litchfield Cavo LLP
303 W. Madison St. Suite 300
Chicago, IL 60606
(312) 781-6569
hahn@litchfieldcavo.com
sipple@litchfieldcavo.com

s/Michael M. Cushing